UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:  Cristine Jenner

Scott Jenner

Debtor(s)

CASE NO.: 18-31568

JUDGE: Gustafson

## Amendment to Petition, Schedules, Creditor Matrix, Statement of Financial Affairs Pursuant to Bankruptcy Rule 1009

The attachments hereto amend the following:

☐ A/B  ☐ C  ☐ D  ☑ E/F

☐ G  ☐ H  ☐ I  ☐ J  ☑ Summary of Schedules

☑ Matrix  ☐ Statement of Financial Affairs

☐ Other _____

Debtor(s) represent that the amendments attached contain full and true statements of facts set forth therein, as required by the provisions of Title 11 United States Code and Federal Bankruptcy Rules of Procedure and/or Local Bankruptcy Rules relating to the debtor.

Pursuant to Bankruptcy Rule 1008, Debtor(s) Cristine Jenner and Scott Jenner certify under penalty of perjury that the foregoing is true and correct.

Executed on: 6/22/18

/s/ Cristine Jenner
Signature of Debtor

/s/ Scott Jenner
Signature of Debtor

# CERTIFICATE OF SERVICE

(Service addresses for Creditors and Parties-in-Interest must be listed as per LBR 9013-3)

Pursuant to Bankruptcy Rule 1009(a), I certify that on this **22nd** day of **June**, 20**18**, a copy of this amendment, together with a copy of the Notice of Commencement of Case and Meeting of Creditors, was sent to the following additional creditors or original creditors with corrected addresses, United States Trustee and case Trustee at the addresses listed below or attached hereto:

Name: **See Attached Matrix**

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: United States Trustee

Address: **201 Superior Avenue East Ste. 441 Cleveland, OH 44114**

Case Trustee: **William Swope**

Address: **610 Tiffin Avenue Findlay, OH 45840**

By: **Anna Olenn**
Signature of Pro Se Debtor or Attorney

- Original must be filed with the Clerk's Office. *Mandatory electronic filers* are required to submit this form and all amended attached documents via the Court's electronic filing system.
- Amendments adding creditors must be accompanied by a matrix listing only the creditor names and addresses being added. *Electronic filers must upload creditor address changes at time of filing.* See LBR 1007-2.
- **Amendments or changes to the matrix or list of creditors may require a filing fee.**

18-31568

ALLEN COUNTY DEPT OF JOB AND FAMILY SERVICES
P.O. BOX 4506
LIMA, OH 45802

BEST BUY CREDIT SERVICES
PO BOX 78009
PHEONIX, AZ 85062

CAPITAL ONE BANK
P.O. BOX 6492
CAROL STREAM, IL 60197

CHASE SLATE
P.O. BOX 6294
CAROL STREAM, IL 60197

COMENITY VICTORIA'S SECRET
P.O. BOX 659450
SAN ANTONIO, TX 78265

DISCOVER
P.O. BOX 742655
CINCINNATI, OH 45274

HONDA FINANCIAL SERVICES
P.O. BOX 5308
ELGIN, IL 60121

MY C UMORTGAGE
3560 PENTAGON BOULEVARD
SUITE 301
BEAVERCREEK, OH 45431

OLD NAVY VISA/SYNCB
P.O. BOX 960017
ORLANDO, FL 32896

ORTHODONTICS ASSOCIATES
260 S EASTOWN RD
LIMA, OH 45807

SAM'S CLUB/SYNCHRONY BANK
PO BOX 530942
ATLANTA, GA 30353

SPRINT

PO BOX 4191
CAROL STREAM, IL 60197

SPRINT
PO BOX 629023
EL DORADO HILLS, CA 95762

SYNCHRONY BANK/ASHLEY
P.O. BOX 960061
ORLANDO, FL 32896

SYNCHRONY BANK/JCP
P.O. BOX 960090
ORLANDO, FL 32896

TJX REWARDS/SYNCB
PO BOX 530948
ATLANTA, GA 30353

WALMART/SYNCHRONY BANK
P.O. BOX 530927
ATLANTA, GA 30353

WELLS FARGO HOME FURNISHINGS
P.O. BOX 71118
CHARLOTTE, NC 28272

Fill in this information to identify your case:

Debtor 1: Cristine Elizabeth Jenner
Debtor 2 (Spouse, if filing): Scott Allen Jenner

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 18-31568
(If known)

☑ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
**Value of what you own**

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................... $48,000.00
   1b. Copy line 62, Total personal property, from *Schedule A/B* ................................... $129,981.74
   1c. Copy line 63, Total of all property on *Schedule A/B* ............................................ $177,981.74

### Part 2: Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $55,233.57

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................ $752.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ..................... + $44,182.55

   Your total liabilities  $100,168.12

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ....................................... $5,517.96

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................. $5,449.18

Debtor 1    Cristine Elizabeth Jenner
First Name    Middle Name    Last Name

Case number (if known) 18-31568

### Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7. What kind of debt do you have?**

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ 6,899.62

**9.** Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

**Total claim**

From Part 4 on *Schedule E/F*, copy the following:

| | |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 752.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 752.00 |

**Fill in this information to identify your case:**

Debtor 1: Cristine Elizabeth Jenner
  First Name / Middle Name / Last Name

Debtor 2: Scott Allen Jenner
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 18-31568
(If known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |     | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | Allen County Dept Of Job And Family Services<br>Priority Creditor's Name<br>P.O. Box 4506<br>Number  Street<br>Lima  OH  45802<br>City  State  ZIP Code<br>**Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | Last 4 digits of account number ____<br>When was the debt incurred? ____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify | $752.00 | $752.00 | $0.00 |
| 2.2 | ____<br>Priority Creditor's Name<br>____<br>Number  Street<br>____<br>City  State  ZIP Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | Last 4 digits of account number ____<br>When was the debt incurred? ____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify | $____ | $____ | $____ |

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 9

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

### 4.1 Best Buy Credit Services
Po Box 78009  
Pheonix, AZ 85062  

Last 4 digits of account number: 9498  
Total claim: $355.17  
Type: Other. Specify **Credit Card Debt**  
No (subject to offset)

### 4.2 Capital One Bank
P.O. Box 6492  
Carol Stream, IL 60197  

Last 4 digits of account number: 8633  
Total claim: $1,670.72  
Type: Other. Specify **Credit Card Debt**  
No (subject to offset)

### 4.3 Capital One Bank
P.O. Box 6492  
Carol Stream, IL 60197  

Last 4 digits of account number: 9846  
Total claim: $1,380.03  
Type: Other. Specify **Credit Card Debt**  
No (subject to offset)

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.4 | Chase Slate | Last 4 digits of account number 2859 | $2,464.45 |

Nonpriority Creditor's Name
P.O. Box 6294
Carol Stream, IL 60197

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.5 | Comenity Victoria's Secret | Last 4 digits of account number 9528 | $1,014.22 |

Nonpriority Creditor's Name
P.O. Box 659450
San Antonio, TX 78265

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

---

| 4.6 | Discover | Last 4 digits of account number 5784 | $13,036.76 |

Nonpriority Creditor's Name
P.O. Box 742655
Cincinnati, OH 45274

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.7 | Discover | Last 4 digits of account number 9050 | $11,320.32 |

Nonpriority Creditor's Name
P.O. Box 742655
Cincinnati, OH 45274

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

| 4.8 | Old Navy Visa/Syncb | Last 4 digits of account number 0180 | $1,837.79 |

Nonpriority Creditor's Name
P.O. Box 960017
Orlando, FL 32896

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

| 4.9 | Orthodontics Associates | Last 4 digits of account number | $5,238.25 |

Nonpriority Creditor's Name
260 S Eastown Rd
Lima, OH 45807

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Orthodontia

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1: Cristine Elizabeth Jenner
Case number (if known): 18-31568

AMENDED

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

### 4.10 Sam's Club/Synchrony Bank
Po Box 530942
Atlanta, GA 30353
Last 4 digits of account number: 5833
Total claim: $484.94

Who incurred the debt? (none checked)
As of the date you file, the claim is: (none checked)
Type of NONPRIORITY unsecured claim:
☑ Other. Specify: Credit Card Debt
Is the claim subject to offset? ☑ No

### 4.11 Sprint
PO Box 4191
Carol Stream, IL 60197
Last 4 digits of account number: 3550
Total claim: $Unknown

Who incurred the debt?
☑ Debtor 1 and Debtor 2 only
Type of NONPRIORITY unsecured claim:
☑ Other. Specify: Telephone / Internet services
Is the claim subject to offset? ☑ No

### 4.12 Synchrony Bank/Ashley
P.O. Box 960061
Orlando, FL 32896
Last 4 digits of account number: 3601
Total claim: $870.00

Who incurred the debt? (none checked)
Type of NONPRIORITY unsecured claim:
☑ Other. Specify: Credit Card Debt
Is the claim subject to offset? ☑ No

**Part 2: List All of Your NONPRIORITY Unsecured Claims**

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|     |     | Total claim |
| --- | --- | --- |
| 4.13 | Synchrony Bank/Jcp — Nonpriority Creditor's Name<br>P.O. Box 960090<br>Orlando, FL 32896<br>Last 4 digits of account number 1611<br>Who incurred the debt? (none checked)<br>Is the claim subject to offset? ☑ No<br>Type: ☑ Other. Specify Credit Card Debt | $1,480.46 |
| 4.14 | Tjx Rewards/Syncb — Nonpriority Creditor's Name<br>Po Box 530948<br>Atlanta, GA 30353<br>Last 4 digits of account number 7325<br>Is the claim subject to offset? ☑ No<br>Type: ☑ Other. Specify Credit Card Debt | $165.35 |
| 4.15 | Walmart/Synchrony Bank — Nonpriority Creditor's Name<br>P.O. Box 530927<br>Atlanta, GA 30353<br>Last 4 digits of account number 2121<br>Is the claim subject to offset? ☑ No<br>Type: ☑ Other. Specify Credit Card Debt | $1,105.30 |

| Debtor 1 | Cristine Elizabeth Jenner | Case number (if known) 18-31568 | AMENDED |
|---|---|---|---|

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

### 4.16 Wells Fargo Home Furnishings
Nonpriority Creditor's Name
P.O. Box 71118
Charlotte, NC 28272

Last 4 digits of account number: 4930
**Total claim: $1,758.79**

Who incurred the debt? **Debtor 1 only** (implied — none checked visibly)

As of the date you file, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify: **Credit Card Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 106E/F — Schedule E/F: Creditors Who Have Unsecured Claims — page 7 of 9

Debtor 1　Cristine Elizabeth Jenner　　　　　　　　　　　　　　Case number (if known) 18-31568　　AMENDED
　　　　　First Name　Middle Name　Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| **Name** Sprint | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Number Street** PO Box 629023 | Line 4.11 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **City** El Dorado Hills **State** CA **ZIP Code** 95762 | Last 4 digits of account number 3550 |

Official Form 106E/F　　Schedule E/F: Creditors Who Have Unsecured Claims　　page 8 of 9

18-31568-jpg　Doc 10　FILED 06/24/18　ENTERED 06/24/18 11:20:22　Page 14 of 16

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | Total claim |
|---|---|
| 6a. Domestic support obligations | 6a. $ 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. $ 752.00 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. $ 752.00 |

**Total claims from Part 2**

| | Total claim |
|---|---|
| 6f. Student loans | 6f. $ 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 44,182.55 |
| 6j. Total. Add lines 6f through 6i. | 6j. $ 44,182.55 |

**Fill in this information to identify your case:**

Debtor 1: Cristine Elizabeth Jenner
    First Name    Middle Name    Last Name

Debtor 2: Scott Allen Jenner
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the Northern District of Ohio

Case number (if known): 18-31568

☑ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Cristine Elizabeth Jenner    ✗ /s/ Scott Allen Jenner
Signature of Debtor 1    Signature of Debtor 2

Date 06/22/2018    Date 06/22/2018
   MM / DD / YYYY       MM / DD / YYYY